### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **DREXEL MCCURTY,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:23-CV-446 (MTT) |
| Warden **STAN SHEPARD**, *et al.*, | ) |
| **Defendants.** | ) |

### ORDER

Pro se plaintiff Drexel McCurty filed this lawsuit against the defendants on November 6, 2023, but his complaint was deficient and he failed to pay the filing fee or apply to proceed *in forma pauperis* ("IFP"). Doc. 1. Thus, the Court ordered McCurty to recast his complaint and either pay the filing fee or file an application to proceed IFP. Doc. 4. Because McCurty failed to do so, the Court ordered him to show cause by January 4, 2024 why his complaint should not be dismissed for failure to comply with the Court's orders. Doc. 5.

The time for compliance has again passed without a response from McCurty. As McCurty was previously warned, the failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th

-2-

Cir. 1978))[1]. Accordingly, McCurty's complaint (Doc. 1) is **DISMISSED without prejudice**.

    **SO ORDERED**, this 9th day of January, 2024.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).