IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DREXEL MCCURTY, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-CV-446-MTT |
| | * |
| Warden STAN SHEPARD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 10th day of January, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk